75516. WILLIAMS et al. v. CRAWFORD.
(381 SE2d 444)

BANKE, Presiding Judge.

In accordance with the judgment of the Supreme Court in *Crawford v. Williams*, 258 Ga. 806 (375 SE2d 223) (1989), the decision of this court in *Williams v. Crawford*, 186 Ga. App. 643 (368 SE2d 337) (1988), is vacated, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Carley, C. J., Deen, P. J., McMurray, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED MARCH 8, 1989.

*Don H. Taliaferro*, for appellants.

*David B. Dunaway*, for appellee.